**2016–1704. State ex rel. Williams v. Trim.**
Union App. No. 14–13–18. Reported at 147 Ohio St.3d 1511, 2017-Ohio-366, 68 N.E.3d 818. On motion for reconsideration. Motion denied. On motion to reclassify extension motion. Motion denied as moot.

**2016–1863. State ex rel. Fockler v. Husted.**
In Mandamus. Reported at __ Ohio St.3d __, 2017-Ohio-224, __ N.E.3d __. On motion for reconsideration. Motion denied. On motion to strike incorrect statement. Motion denied.

*April 20, 2017*

2017-Ohio-1442.]

**2016–1398. Troja v. Pleatman.**
Hamilton App. No. C–150746, 2016-Ohio-5294. On appellant's motion to consolidate with 2017–0319, 2017–0323, and 2016–1895. Motion denied as moot.

**2016–1847. May v. Delaware Cty. Court of Common Pleas, Juvenile Div.**
In Prohibition. On respondents' motion to strike relators' newly discovered evidence. Motion denied as moot.

**2017–0070. State ex rel. Taylor v. Adult Parole Auth.**
In Mandamus. On relator's motion to correct and supplement the record. Motion denied as moot.

**2016–0909. State ex rel. Bloodworth v. Crutchfield.**
Warren App. No. CA2015–07–066. On appellant's application for dismissal. Application granted. Cause dismissed.

**2017–0026. State v. Vigil.**
Cuyahoga App. No. 103940, 2016-Ohio-7485. Appellant has failed to file a memorandum in support of jurisdiction and therefore has failed to prosecute this cause with the requisite diligence. Cause dismissed.

**2017–0067. State v. Suggs.**
Summit App. Nos. 27812, 27865, and 27866. Appellant has failed to file a memorandum in support of jurisdiction and therefore has failed to prosecute this cause with the requisite diligence. Cause dismissed.